UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
AUG 17 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**COREY BUFORD**

INDICTMENT

NO. 3:22-CR-99-RGJ

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(5)
18 U.S.C. §1951(a)
18 U.S.C. § 2119(1)
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
(*Carjacking*)

On or about April 14, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY BUFORD**, took a motor vehicle, a 2014 BMW with VIN of WBA6B4C59ED371416, that had been transported, shipped, and received in interstate commerce from K.D. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1).

The Grand Jury further charges:

## COUNT 2
*(Interference with Commerce by Robbery)*

On or about April 14, 2022, Kearney Motorsports, 5705 Bardstown Road, Louisville, Kentucky, was engaged in the sale of vehicles in interstate commerce and in an industry which affects interstate commerce.

On or about April 14, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY BUFORD**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **COREY BUFORD**, did unlawfully take and obtain property of the business, Kearney Motorsports, in the presence of a Kearney Motorsports' employee, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

In violation of Title 18, United States Code, Sections 1951(a).

The Grand Jury further charges:

## COUNT 3
*(Brandishing a Firearm During and in Relation to a Crime of Violence)*

On or about April 14, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY BUFORD**, did knowingly brandish, carry, and use a firearm during and relation to a crime of violence for which he may be prosecuted in the United States, that is, carjacking.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 4
*(Possession of a Firearm by a Prohibited Person)*

On or about April 14, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY BUFORD**, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 45, 9-millimeter pistol, bearing serial number BRKD447, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 20, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 21-CR-0187, **COREY BUFORD**, was convicted of Theft by Unlawful Taking over $500 but less than $10,000; and

> On or about December 20, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 21-CR-0538, **COREY BUFORD**, was convicted of Receiving Stolen Property over $500 but less than $10,000, Escape in the Second Degree, and Tampering with a Prisoner Monitoring Device.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## **NOTICE OF FORFEITURE**

As a result of committing offenses in violation of Title 18, United States Code, Section 922(g)(1), Title 18, United States Code, Section 924(c)(1), Title 18, United States Code, Section 1951, and Title 18, United States Code, Section 2119, as alleged in Counts 1 through 4 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **COREY BUFORD**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461 (for all counts), Title 18 United States Code, Section 982(a)(5) (for Count 1 only); and Title 18, United States Code, Section 981(a)(1)(C) (for Count 2 only), any and all firearms and ammunition involved in or used in the offenses

including, but not limited to a Glock, model 45, 9-millimeter pistol, bearing serial number BRKD447, and ammunition.

As a result of committing offenses in violation of Title 18, United States Code, Section 2119, as alleged in Counts 1 and 2 of this Indictment, the defendant, **COREY BUFORD**, shall forfeit to the United States any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of these offenses, pursuant to Title 18 United States Code, Section 982(a)(5) (for Count 1 only) and Title 18, United States Code, Section 981(a)(1)(C) (for Count 2 only).

A TRUE BILL.

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:ECL

UNITED STATES OF AMERICA v. **COREY BUFORD**

## PENALTIES

Count 1: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Count 2: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 3: NL 7 years/NM Life/$250,000/both/NM 3 yrs. Supervised Release (consecutive)
Count 4: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE: Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO: Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH: Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.